# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | | |
|---|---|---|---|
| **Honorable** | Carol Doyle | **Hearing Date** | April 5, 2016 |
| **Bankruptcy Case No.** | 14 B 30261 | **Adversary No.** | 15 A 00559 |
| **Title of Case** | Warnetta Davenport vs. Cavalry Investments LLC | | |
| **Brief Statement of Motion** | Complaint | | |
| **Names and Addresses of moving counsel** | | | |
| **Representing** | | | |

## ORDER

**It appearing to the court that the underlying bankruptcy was dismissed on January 19, 2016;**

**IT IS ORDERED that this adversary proceeding is dismissed because there is no longer bankruptcy jurisdiction.**

Carol A. Doyle